**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

INFINITY PHARMACEUTICALS, INC.,

Chapter 11

Debtors

Case No. 23-11640 (BLS)

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors' petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )   No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

 /s/ Jane M. Leamy for
JOSEPH J. MCMAHON JR.
Assistant United States Trustee

DATED: October 18, 2023
Trial Attorney Assigned to Case: Jane M. Leamy , Esq.
cc: Attorneys for Debtors: Matthew McGuire, Esq. and Matthew Pierce, Esq.