# **<u>EXHIBIT 1</u>**

**PLEASE NOTE:**

**BY LISTING AN AGREEMENT OR OTHER DOCUMENT ON THIS CONTRACTS SCHEDULE, (I) THE DEBTORS DO NOT MAKE A REPRESENTATION OR ADMISSION THAT ANY SUCH AGREEMENT OR OTHER DOCUMENT IS ACTUALLY AN EXECUTORY CONTRACT OR UNEXPIRED LEASE FOR PURPOSES OF BANKRUPTCY CODE SECTION 365 AND (II) NO COUNTERPARTY IS ASSURED THAT ANY AGREEMENT THAT IS IN FACT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WILL ULTIMATELY BE ASSUMED AND ASSIGNED BY THE DEBTORS.**

**FOR THE AVOIDANCE OF DOUBT, THIS CONTRACTS SCHEDULE, AND PARTICULARLY THE CURE AMOUNTS CONTAINED HEREIN, ARE PRELIMINARY AND REMAIN SUBJECT TO FURTHER DILIGENCE, WHICH MAY RESULT IN MODIFICATIONS TO THE CONTRACTS SCHEDULE, INCLUDING THE CURE AMOUNTS CONTAINED HEREIN. COUNTERPARTIES WILL RECEIVE FURTHER NOTIFICATION FROM THE DEBTORS IF THERE ARE ANY SUCH MODIFICATIONS RELATED TO THEIR CONTRACTS OR LEASES.**

**UNLESS OTHERWISE SPECIFIED, EACH EXECUTORY CONTRACT OR UNEXPIRED LEASE LISTED HEREIN AND THEREIN SHALL INCLUDE ALL EXHIBITS, SCHEDULES, RIDERS, MODIFICATIONS, DECLARATIONS, AMENDMENTS, SUPPLEMENTS, ATTACHMENTS, RESTATEMENTS, OR OTHER AGREEMENTS MADE DIRECTLY OR INDIRECTLY BY ANY AGREEMENT, INSTRUMENT, OR OTHER DOCUMENT THAT IN ANY MANNER AFFECTS SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE, WITHOUT RESPECT TO WHETHER SUCH AGREEMENT, INSTRUMENT, OR OTHER DOCUMENT IS LISTED HEREIN OR THEREIN.**

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| 4G Clinical LLC | 21A Farm St.  Dover, MA 02030 | Infinity Pharmaceuticals, Inc. | Master Service Agreement -  IRT Vendor | $6,750.00 |
| Absorption Systems LP, Pharmaron Beijing Co. Ltd., Pharmaron, Inc., | 436 Creamery Way   Exton, PA 19341 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Acumen Medical Communications | 82 Fuller Street Unit 1 Brookline, MA 02446 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Adelene Perkins | 83 Lincoln Road   Wayland, MA 01778 | Infinity Pharmaceuticals, Inc. | Perkins severance agreement | $0.00 |
| Adelene Q. Perkins | 83 Lincoln Rd   Wayland, MA 01778 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Aerotek Scientific, LLC | 100 Unicorn Office Park Suite 100   Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Services Agreement | $0.00 |
| Agility Recovery Solutions, Inc. | 2101 Rexford Road Suite 350 E Charlotte, NC 28211 | Infinity Pharmaceuticals, Inc. | Membership Services Agreement | $0.00 |
| Alira Health Clinical, LLC | 1 Grant Street, Suite 400 Framington, MA 01702 | Infinity Pharmaceuticals, Inc. | Master Service Agreement for Various Clinical Services | $0.00 |
| Aliri USA Inc. (Formerly Pyxant Labs, Inc.) | 4720 Forge Road Suite 108 Colorado Springs, CO 80907 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $47,208.85 |
| Allucent (fka Pharm-Olam, LLC (POI)) | 450 N. Sam Houston Pkwy Suite 250  Houston, TX 77060 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $239,224.99 |
| Almac Clinical Services LLC Almac Clinical Services Limited Almac Sciences Limited | of  Almac House, 20 Seagoe Industrial Estate  Craigavon, BT63 5QD Ireland | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $32,858.43 |
| Alternative Productions | 6 Eastman Place, Suite 208 Melrose, MA 02176 | Infinity Pharmaceuticals, Inc. | Services Agreement / Maintenance for infi.com website. | $1,250.00 |
| American Express Travel Related Services Company, Inc. | 200 Vesey St.   New York, NY 10285 | Infinity Pharmaceuticals, Inc. | Corporate Services Commercial Account Agreement | $0.00 |
| AndersonBrecon Inc. (PCI Pharma Services) | 4545 Assembly Drive Rockford, IL 61109 | Infinity Pharmaceuticals, Inc. | Master Global Clinical Supply Services Agreement | $5,100.00 |
| Antineo | Faculté de Médecine Rockefeller 8 av Rockefeller , 69008 France | Infinity Pharmaceuticals, Inc. | Master Service Agreement - lab | $0.00 |
| APC Ltd. | Building 11 Cherrywood Business Park  Loughlinstown, Co.,   Dublin | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Arizona Clinical Research Center | Arizona Clinical Research Center 1825 N Kolb Rd Tucson, AZ 85715 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 013 - Arizona Clinical Research Center (Modiano) | $0.00 |
| Arizona Oncology Associate PC HOPE | Arizona Oncology Associate PC HOPE 1845 W Orange Grove Bldg 2  Tucson, AZ 85704 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 001-  Arizona Oncology (Swart) | $0.00 |
| Ash Stevens Inc. | 5861 John C. Lodge Freeway Detroit, MI 48202-3398 | Infinity Pharmaceuticals, Inc. | Master Supply Agreement | $0.00 |
| Asymchem, Inc. | 600 Airport Boulevard Morrisville, NC 27560 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Atreo, Inc. | 230 California St. Suite 302 San Francisco, CA 94111 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Azienda Ospedaliera Universitaria Integrata di Verona | Azienda Ospedaliera Universitaria Integrata di Verona 1 Piazzale Aristide Stefani  Verona,  37136 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 506 - Verona - PI Zivi | $0.00 |
| Barbara Ann Karmanos Cancer Institute | Barbara Ann Karmanos Cancer Institute 4100 John R. MM00RA Detroit, MI 48201 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 102 - Karmanos Cancer Center - PI Heath | $0.00 |
| BioBridges, LLC | 167 Worchester St.   Wellesley, MA 02481 | Infinity Pharmaceuticals, Inc. | Master Consulting Services Agreement - FTE/Temp Services | $0.00 |
| BioProcess Technology Consultants, Inc. | 12 Gill Street, Suite 5450 Woburn, MA  01801 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement - For Audit Services | $0.00 |
| Bob Chinchillo | 26 Spruce Rd   North Reading, MA 01864 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Bon Secours St Francis Cancer center | St. Francis Hospital, Inc. 104 Innovation Dr.  Greenville, SC 29607 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 107 - St. Francis - PI Dyer | $0.00 |
| BostonBean Coffee Company | 23 Draper St  Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Master Service Agreement Amend 1 | $0.00 |
| Brenda O'Connell | 19 E Evergreen Rd  Natick, MA 01760 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| BVF Partners, LP, and Royalty Security, LLC | 44 Montgomery Street, 40th Floor  San Francisco, CA 94104 | Infinity Pharmaceuticals, Inc. | Funding Agreement, dated January 8, 2020, by and among Infinity Pharmaceuticals, Inc., BVF Partners, L.P., and Royalty Security, LLC. | $0.00 |
| BVF Partners, LP; Royalty Security, LLC; Royalty Security Holdings, LLC | 44 Montgomery Street, 40th Floor  San Francisco, CA 94104 | Infinity Pharmaceuticals, Inc. | Novation and Amendment Agreement, dated January 27, 2020, by and among Infinity Pharmaceuticals, Inc., BVF Partners, L.P., Royalty Security, LLC, and Royalty Security Holdings, LLC | $0.00 |
| Cancer Center of Kansas | Cancer Center of Kansas, P.A. 818 North Emporia, Suite 300 Wichita, KS 67214 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 020 - Cancer Center of Kansas, P.A. (Dakhil) | $0.00 |
| Canopy Biosciences, LLC, a wholly owned subsidiary of Bruker Corporation | 4340 Duncan Ave Suite 220  St. Louis, MI | Infinity Pharmaceuticals, Inc. | Master Service Agreement - lab services, GDPR | $0.00 |
| Capital Advisors Group, Inc. | 1 Federal Street, Suite 2200 Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Investment Advisory Agreement (INFI) | $0.00 |
| Capital Advisors Group, Inc. | 1 Federal Street, Suite 2200 Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Investment Advisory Agreement (Security Corp) | $0.00 |
| Catalent Pharma Solutions | 14 Schoolhouse Road Somerset Somerset, NJ 08873 | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supply Agreement (MDCSA) | $5,460.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Catalent Pharma Solutions (fka Aptuit, Inc.) | 14 Schoolhouse Road Somerset, NJ 08873 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| CatSci Ltd | CBTC2 Capital Business Park Wentloog, Cardiff CF3 2PX United Kingdom | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Celsis Laboratory Group, Inc. | 6200 South Lindbergh Blvd St. Louis, MO 63123 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Centre Antoine Lacassagne - Service Pharmacie Essais Clinique | Centre Antoine Lacassagne - Service Pharmacie Essais Clinique Batiment IUFC - 6ème étage 33 Avenue de Valombrose Nice Cedex 2, 06189 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 302 - Centre Antoine Lacassagne - PI Borchiellini | $0.00 |
| Centre Leon Berard - Onco-Urologie | Centre Leon Berard - Onco-Urologie 28 Rue Laennec  Lyon Cedex 8,  69008 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 303 - Centre Leon Berard - Onco-Urologie - PI Flechon | $0.00 |
| Centre Oscar Lambret | Centre Oscar Lambret 3 rue Frédéric Combemale  Lille, 59000 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 304 - Centre Oscar Lambret  - PI Muroto | $0.00 |
| Certara USA, Inc. (aka Synchrogenix) | 100 Overlook Center Suite 101 Princeton, NJ 08540 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $20,599.50 |
| Cetir Centre Medic | Londres 6   , CP 8029 Spain | Infinity Pharmaceuticals, Inc. | Service Agreement | $0.00 |
| Charles River Laboratories, Inc. (CRL) | 251 Ballardvale Street Wilmington, MA 01887 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Charles River Laboratories, Inc. (CRL) | 251 Ballardvale Street Wilmington, MA 01887 | Infinity Pharmaceuticals, Inc. | Transfer Letter: IPI-145 studies to Verastem | $0.00 |
| Charley Hubbard | 110 Putnam St   Boston, MA 02128 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Charlotte-Mecklenburg Hospital dba Atrium Health | Charlotte-Mecklenburg Hospital dba Atrium Health, Sponsored Programs Administration 2709 Water Ridge Parkway Suite 300 Charlotte, NC 28217 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 014 - Carolinas HealthCare System (Tan) | $0.00 |
| Christine Paiva | 31 Station Rd   Salem, MA 01970 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Cintas Corporation | 6800 Cintas Blvd. PO Box 625737  Cincinnati, OH 45263 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Citron Hygeine Services | 13 Linnell Circle   Billerica, MA 01821 | Infinity Pharmaceuticals, Inc. | License/Master Service Agreement | $0.00 |
| Clario fka iCardiac (eRT) | 1500 Allens Creek Road Rochester, NY 14618 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Clean Harbors Environmental Services, Inc. | 42 Longwater Drive   Norwell, MA 02061-9149 | Infinity Pharmaceuticals, Inc. | Waste disposal and transporation agreement | $0.00 |
| ClearView Healthcare Partners | One Newton Place Suite 405 Newton, MA 02458 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Clinical Center of Nis | Clinical Centre Nis Bulevar dr Zorana Djindjica 48  Nis,  18 000 Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 704 - Clinical Centre of NIs - Pejcic | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Clinical Centre of Serbia | Clinical Centre of Serbia Pasterova 2  Belgrade,  11 000 Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 703 - Clinical Centre of Serbia - Janicic | $0.00 |
| Clintrax Global, Inc. | 8406 Six Forks Rd Suite 201 Raleigh, NC 27615 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Coborn Cancer Center | Coborn Cancer Center 1900 Centracare Cir Ste 1600  Saint Cloud, MN 56303 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 104 - Coborn - PI Jurgens | $0.00 |
| Compliancehelp Consulting, LLC | 877 Baxter Way   South Jordan, UT 84095 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Complya Consulting Group, LLC (fka PharmaLex US Corporation) | 1 Presidential Way Suite 109 Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Concur Technologies, Inc. | 601 108th Ave, NE Suite 1000 Bellevue, WA 98004 | Infinity Pharmaceuticals, Inc. | Business Services Agreement | $0.00 |
| Covance Laboratories Inc. | 3301 Kinsman Boulevard Madison, WI 53704 | Infinity Pharmaceuticals, Inc. | Master laboratory service agreement | $0.00 |
| Covance Laboratories Inc. | 3301 Kinsman Boulevard Madison, WI 53704 | Infinity Pharmaceuticals, Inc. | Master Laboratory Services Agreement | $0.00 |
| Covigilant, LLC | 25 Fairmount Avenue Wakefield, MA 01880 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $30,000.00 |
| CTC Communications Corp | 220 Bear Hill Road   Waltham, MA 02451 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Dana-Farber/Mass General Brigham Cancer Care, Inc. | Dana-Farber Partner's Care, Inc., Dana Farber Cancer Institute 450 Brokline Avenue, 10BP  Boston, MA 2115 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 005 - MGH - Dana Farber_Partners (Juric) | $0.00 |
| Dana-Farber/Partners Cancer Care, Inc. | Dana-Farber Cancer Institute 450 Brokline Avenue, 10BP342 Boston, MA 02215 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 003 - 005 - Dana Farber/Partners Cancer Care, Inc. - MGH-DFCI-BIDMC (Sullivan-Shapiro-Mier) | $0.00 |
| Daniel Genov | 103 Pinckey St, Apt 2   Boston, MA 02114 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| De Lage Landen Financial Services | PO Box 41602 Philadelphia, PA 19101-1602 | Infinity Pharmaceuticals, Inc. | Xerox printer license agreement | $751.98 |
| Dr. Piotr Tomczak | Dr. Piotr Tomczak Ul. Poznanska 14/2 ul. Boleslawa Prusa  Poznan,  60-819 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 605 - EXAMEN    - Tomczak (3-party agreement) | $0.00 |
| DSM Chemical Technology R&D B.V. | Urmoderbaan 22   ,  6160 MD Netherlands | Infinity Pharmaceuticals, Inc. | Lab Services Agreement | $0.00 |
| Emory University | Emory University, Officer of Technology Transfer 1599 Clifton Road NE, 4th Floor Mailstop: 1599-001-1AZ Atlanta, GA 30322 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 010 - Emory - PI Gutierrez (3-party) (notice copy) | $0.00 |
| Epernicus, LLC | 35 Highland Circle, Suite 300 Needham, MA 03494 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement (Master Service Agreement) | $0.00 |
| EPL Pathology Archives, Inc. | 45610 Terminal Drive Sterling, VA 20166 | Infinity Pharmaceuticals, Inc. | Archiving Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Ernst & Young LLP | 200 clarendon Street   Boston, MA 02116 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Ernst & Young LLP | Goodwin Square, 225 Asylum Street   Hartford, CT 06103 | Infinity Pharmaceuticals, Inc. | Master Service Agreement - tax | $0.00 |
| Examen Spolka z Ograniczona Odpowiedzialnoscia | EXAMEN sp. z o. o. Ul. Poznanska 14/2 ul. Boleslawa Prusa  Poznan,  60-819 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 605 - Examen Spolka z Ograniczona Odpowiedzialnoscia    - Tomczak (3-party) | $0.00 |
| F. Hoffmann-La Roche Ltd. (Switzerland) | Konzern-Hauptsitz Grenzacherstrasse 124  Basel, Switzerland | Infinity Pharmaceuticals, Inc. | Master Clinical Supply Agreement | $0.00 |
| Fabbrica Italiana Sintetici, S.p.A. | Viale Milano, 26-36075 Montecchio, Maggiore 36075 Italy | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supplies Services Agreement (FIS-04892) | $289,700.00 |
| Fairway Consulting Group (FCGG dba Fairway Consulting Group) | 2 Simonson Court   Glen Head, NY 11545 | Infinity Pharmaceuticals, Inc. | Master Retained Search Agreement | $0.00 |
| Feng Chai | 44A Crescent St   West Newton, MA 02465 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| FIS -  Fabbrica Italiana Sintetici S.p.A. | Viale Milano 26   ,  36075 Italy | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supplies Services Agreement | $289,700.00 |
| Focus Search Group, LLC, d/b/a ClinCrowd Staffing | 480 Pleasant Street Suite C310 Watertown, | Infinity Pharmaceuticals, Inc. | Temp Staffing Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Fondazione IRCCS - Istituto Nazionale dei Tumori - Milano | Fondazione IRCCS - Istituto Nazionale dei Tumori - Milano S.C. Oncologia Medica 2 Via Giacomo Venezian 1 Milano, 20133 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 505 - IRCCS Milano - PI Necchi | $0.00 |
| Fondazione Policlinico Universitario Agostino Gemelli IRCCS | Fondazione Policlinico Universitario Agostino Gemelli IRCCS Complex Operative Unit of Oncologia Medica Largo Agostino Gemelli, 8 Rome,  00168 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 504 - Agostino Gemelli - PI Necchi/Tortora | $0.00 |
| Formatech, Inc. | 200 Bulfinch Drive   Andover, MA 01810 | Infinity Pharmaceuticals, Inc. | Clinical Materials Contract Aseptic Fill Manufacturing Agreement. | $0.00 |
| Gagnier Communications, LLC | 1120 Avenue of the Americas, Suite 1805   New York, NY 10036 | Infinity Pharmaceuticals, Inc. | Engagement Letter - 2023 special meeting/proxy PR services | $23,604.13 |
| GENEWIZ, Inc. | 115 Corporate Blvd.   South Plainfield, NJ 07080 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Greenfield Pathology Services, Inc. | 400 W. Green Meadows Drive Suite 104  Greenfield, IN 46140 | Infinity Pharmaceuticals, Inc. | Master Services Agreement Lab - in vivo, non-human | $0.00 |
| Greenphire, Inc. | 1018 W. 9th Avenue, Suite 200 King of Prussia, PA 19406 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $161,664.11 |
| H. Lee Moffitt Cancer Center and Research Institute | Moffitt Cancer Center 12902 Magnolia Drive  Tampa, FL 33612 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 009 - H. Lee Moffitt Cancer Center (Soliman) | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Hackensack University Medical Center | John Theurer Cancer Center 92 Second Street  Hackensack, NJ 07601 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 113 - Hackensack - PI Alter | $0.00 |
| Hackensack University Medical Center AND Regional Cancer Care Associates, LLC | Hackensack University Medical Center 30 Prospect Avenue Research Buildling RC 210 Hackensack, NJ 07601 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 009 - Hackensack - PI Gutierrez (3-party) | $0.00 |
| Halloran Consulting Group, Inc. | 135 Beaver Street Suite 211 Waltham, | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| HC Research LLC (dba Harbor Clinical) | 94 Otis Street   Hingham, MA 02043 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| HCR Collateral Managements, LLC | 300 Atlantic Street 6th Floor Stamford, CT 06901 | Infinity Pharmaceuticals, Inc. | Protective Rights Agreement, dated as of March 11, 2019, between Infinity and HCR Collateral Managements, LLC. | $0.00 |
| HealthCare Royalty Partners III, L.P. | 300 Atlantic Street 6th Floor Stamford, CT 06901 | Infinity Pharmaceuticals, Inc. | Purchase and Sale Agreement, dated as of March 5, 2019, between Infinity and HealthCare Royalty Partners III, L.P. | $0.00 |
| Hem-Onc Associates of the Treasure Coast, P.A. | Hem-Onc Associates of the Treasure Coast, P.A. 1871 SE Tiffany Ave. Suite 100 Port St. Lucie, FL 34952 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 012 -Hem-Onc Associates of the Treasure Coast, PA - PI Jones | $0.00 |
| Hospital de Sant Creu i Sant Pau | Hospital de Sant Creu i Sant Pau Sant Quintí, 89  Barcelona, Barcelona 8005 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 807 - Hospital de Sant Creu i Sant Pau - PI Maroto | $0.00 |
| Hospital Ramón y Cajal | Hospital Ramón y Cajal Ctra. Colmenar Viejo, km 9.1 Madrid,  28034 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 804 - Hospital Ramon y Cajal  - PI Gajate | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Hospital Universitari Germans Trias i Pujol | Hospital Universitari Germans Trias i Pujol ICO Badalona Carretera de Canyet s/n Badalona, Barcelona 08916 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 811 - Hospital Universitari Germans Trias i Pujol - PI Etxaniz Ulazia | $0.00 |
| Hospital Universitario Central de Asturias | Hospital Universitario Central de Asturias Av. Roma, s/n Oviedo, Asturias 33011 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 808 - Hospital Universitario Central de Asturias - PI Hernandez | $0.00 |
| Hospital Universitario HM Sanchinarro | Hospital Universitario HM Sanchinarro C/ Oña, 10 Madrid,  28050 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 803 - Hospital Universitario HM Sanchinarro - PI Sevillano Fernandez | $0.00 |
| Hospital Universitario Marqués de Valdecilla | Hospital Universitario Marqués de Valdecilla Av. Marqués de Valdecilla, s/n  Santander, Cantabria 39008 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 810 - Hospital Marquez de Valdecilla - PI Duran | $0.00 |
| Hospital Universitario Virgen del Rocío | Hospital Universitario Virgen del Rocío Avenida de Manuel Siurot s/n  Sevilla,  41013 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 802 - Virgen del Rocio - PI Valderrama | $0.00 |
| i28 Technologies Corporation | 200 Middlesex Essex Turnpike Ste. 210  Iselin, NJ 08830 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| ICE Global Consulting, LLC | 7429 ACC Blvd. Suite 103 Raleigh, NC 27617 | Infinity Pharmaceuticals, Inc. | Master Service Agreement - Clinical contracting services | $0.00 |
| ICO Institute Catalan of Oncology | ICO Institute Catalan of Oncology Avenida Gran Vía, 199-203  L´Hospitalet de LLobregat, Barcelona 08907 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 806 - IICO Institute Catalan of Oncology - PI Garcia del Muro | $0.00 |

{1405.002-W0073373.5}

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Icon Clinical Research / Pharmaceutical Research Associates (PRA) | South County Business Park, Leopardstown, Dublin  , 18 Ireland | Infinity Pharmaceuticals, Inc. | Services Agreement - Food Effect Study (ICON) - IPI-549-07 / INF22748-22767X (9999/7038) | $192,912.58 |
| ICON Clinical Research Limited | South County Business Park Leopardstown, Dublin 18 Ireland | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Icon Laboratory Services | PO Box 82-8268   Philadelphia, PA 19182-8268 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| IMQ Zorrotzaurre | IMQ Zorrotzaurre Ballets Olaeta Kalea, 4  Bilbao,  48180 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 805 - IMQ Zorrotzaurre - PI Fernandez Rodriguez | $0.00 |
| INDx Technology Inc. | 20380 Town Center Lane #218 Cupertino, | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Institut Claudius Regaud | Institut Claudius Regaud - Centre de lutte contre le cancer 1 Avenue Irene Joliot Curie IUCT-O Toulouse,  31059 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 301 - Institut Claudius Regaud - PI Pouessel | $0.00 |
| Institut de Cancérologie Strasbourg Europe | Institut de Cancérologie Strasbourg Europe 17 rue Albert Calmette  Strasbourg, 67200 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 306 - Strasbourg  - PI Barthelemey | $0.00 |
| Institut Paoli Calmettes - Unité d'investigation clinique | Institut Paoli Calmettes - Unité d'investigation clinique Département de recherche clinique et de l'innovation 232 Boulevard Sainte Marguerite - BP 156 Marseille Cedex 9, 13273 France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 305 - Institut Paoli Calmettes  - PI Gravis | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Institute for Oncology and Radiology of Serbia | Pasterova 14   Belgrade, 11 000 Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 701 - Institute for Oncology and Radiology of Serbia - Babovic | $0.00 |
| Institute for Oncology of Vojvodina | Institute for Oncology of Vojvodina  Put doktora Goldman 4  Sremska Kamenice, 21204 Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 702 - Institute for Oncology of Vojvodina - Popovic | $0.00 |
| Institute of Oncology Of Vojvodina | Put doktora Goldmana 4  , Sremska Kamenica 21204 Serbia | Infinity Pharmaceuticals, Inc. | Service Provider Agreement - Popovic | $0.00 |
| Institute of Oncology Of Vojvodina | Put doktora Goldmana 4  , Sremska Kamenica 21204 Serbia | Infinity Pharmaceuticals, Inc. | Service Provider Agreement - Babovic and Popovic | $0.00 |
| Intellikine LLC | Attn: CEO 40 Landsdowne Street  Cambridge, MA 02139 | Infinity Pharmaceuticals, Inc. | Takeda/Millenium (Intellikine)  - Amended and Restated License for PI3K-gamma/delta | $0.00 |
| Intrado Digital Media, LLC | 11808 Miracle Hills Drive Omaha, NE 68154 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| iPragna Worx | Mahalaxmi Nest, Flat no :301 , 500018 IN | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Ironwood Cancer and Research Centers | Ironwood Cancer and Research Centers 685 S Dobson Rd Chandler, AZ 85224 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 007 - Ironwood (Shitvelband) | $0.00 |
| Istituto Nazionale dei Tumori di Napoli Fondazione G. Pascale | Istituto Nazionale dei Tumori di Napoli Fondazione G. Pascale Dipartimento Uro-Ginecologico Napoli,  80131 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 501 - Napoli - PI Tamboro | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Istituto per la Ricerca e la Cura del Cancro (IRCC) - Istituto di Candiolo | Istituto per la Ricerca e la Cura del Cancro (IRCC) - Istituto di Candiolo Dipartimento di Oncologia Strada Provinciale Di None 142 Candiolo, 10060 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 502 - Candiolo - PI Aglietta | $0.00 |
| Istituto Scientifico Romagnolo per lo Studio e la Cura dei Tumori | Istituto Scientifico Romagnolo per lo Studio e la Cura dei Tumori Farmacia Ospedaliera Via Piero Maroncelli 40 Meldola, 47104 Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 503 - Romagnolo IRST - PI de Giorgi | $0.00 |
| J Brooks Consulting, LLC | 13 Meadow Wood Rd Kingston, NH 03848 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Janitronics Building Services | 29 Sawyer Rd   Waltham, MA 02453 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Jeff Geary | 26 Hutchinson Hill Rd Brookline, NH 03033 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Johnson Matthew PLC | 250 Cambridge Science Park Milton Road  Cambridge, CB4 0WE United Kingdom | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| JPMorgan Chase Bank, N.A. | One International Place 42nd Floor  Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Pledge of Deposit(s) | $0.00 |
| Karen Ellis | 120 Chilton St   Cambridge, MA 02138 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Karlene Cork | 4542 Manchester Dr   Omaha, NE 68152 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Kaye/Bassman International Corp. | 6860 Dallas Parkway Suite 300 Plano, TX 75024 | Infinity Pharmaceuticals, Inc. | AGREEMENT FOR SUPPLYING PROFESSIONAL CONSULTING PERSONNEL | $0.00 |
| Kendle Toronto, Inc. | 720 King St. West   , M5V 2T3 CA | Infinity Pharmaceuticals, Inc. | Letter of Agreement, IPI-940 Cognitive Testing | $0.00 |
| KGC QP Consulting Ltd | 29 Heath Road   Uttoxeter, Staffordshire,  ST14 7LT United Kingdom | Infinity Pharmaceuticals, Inc. | Master Service Agreement- quality assurance/auditing services | $0.00 |
| Kingchem LLC | 5 Pearl Court Allendale Park Allendale, NJ 07401 | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supply Agreement | $0.00 |
| KNF&T Staffing Resources | 3 Post Office Square   Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Employment Agency Agreement | $0.00 |
| Labcorp Early Development Laboratories, Inc./formerly Covance | 8211 SciCor Drive Indianapolis, IN 46214 | Infinity Pharmaceuticals, Inc. | Lab Services Agreement - MARIO-3 Central Lab Services | $36,636.65 |
| Labcorp Early Development Laboratories, Inc./formerly Covance | 8211 SciCor Drive Indianapolis, IN 46214 | Infinity Pharmaceuticals, Inc. | Lab Services Agreement - MARIO-275 Central Lab Services | $41,576.98 |
| Laboratory Corporation of America Holdings / frmly Covance | 3301 Kinsman Blvd   Madison, WI 53704 | Infinity Pharmaceuticals, Inc. | Master Laboratory Services Agreement (Covance) | $29,705.00 |
| Laboratory Corporation of America Holdings / Tandem | 3301 Kinsman Blvd   Madison, WI 53704 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Lawrence Bloch | PO Box 650139   West Newton, MA 02465 | Infinity Pharmaceuticals, Inc. | Bloch severance agreement (COBRA payments until 3/31/2024 or employment elsewhere) | $0.00 |
| LexisNexis | 9443 Springboro Pike Miamisburg, | Infinity Pharmaceuticals, Inc. | Annual License - Intelligize (2022 - 2024) | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| LexisNexis | 9443 Springboro Pike Miamisburg, OH 45342 | Infinity Pharmaceuticals, Inc. | Securities Mosaic SEC Search Engine | $0.00 |
| LifeSci Advisors, LLC | 250 West 55th Street 34th Floor New York, NY 10019 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Lightower Fiber Networks I, LLC | 80 Central Street   Boxborough, MA 01719 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| MD Anderson International Foundation Spain | MD Anderson Cancer Center Madrid c/ Gomez Hemans no. 2 Madrid,  28033 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 801 - MD Anderson Spain - PI Grande | $0.00 |
| MedChem Partners | 99 Hayden Ave, Suite 210 Lexington, MA 024215 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement (ext to 2026 per Amend. 3 MED-14263) | $8,500.00 |
| Medidata Solutions Inc. | Medidata Solutions, Inc. 79 Fifth Avenue, 8th Floor  New York, NY 10003 | Infinity Pharmaceuticals, Inc. | Master Technology and Services Agreement | $69,426.78 |
| Medpace, Inc. | 5375 Medpace Way Cincinnati, OH 45227 | Infinity Pharmaceuticals, Inc. | Amended/Restated Master Services Agreement | $140,575.18 |
| Melissa Hackel | 99 Rawson Rd   Brookline, MA 02445 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Memorial Sloan Kettering Cancer Center | Memorial Sloan Kettering Cancer Center 1275 York Avenue  New York, NY 10065 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 006 - Memorial Sloan Kettering - Postow | $20,976.25 |
| Mercy Cancer and Hematology Clinic | Mercy Research 14528 S. Outer Forty Road  Chesterfield, MO 63017 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 114 - Mercy - PI Snider | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Microsoft Corporation | 1950 N. Stemmons Fwy, Ste. 5010 Dallas, TX 75207 | Infinity Pharmaceuticals, Inc. | Master Products and Services Agreement | $17,024.04 |
| Mobility Services International (MSI) | One Liberty Lane East Hampton, NH 03842 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Montefiore Medical Center | Montefiore Medical Center 1695 Eastchester Avenue Bronx, NY 10461 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 111 - Montefiore - PI Gartrell | $0.00 |
| Moravek Biochemicals, Inc. | 577 Mercury Lane   Brea, CA 92821 | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supply Agreement - Custom synthesized compounds | $19,850.00 |
| Mr. Jerzy Hanslik | Mr. Jerzy Hanslik ul. Sylwestra 8  Rudnik,  47-411 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 604 - Szpital Rejonowy  - Hanslik (PI agreement) | $0.00 |
| MyEquity Comp | 80 Blue Ravine Rd., Suite 100 Folsom, CA 95630 | Infinity Pharmaceuticals, Inc. | Master Consulting Agreement | $0.00 |
| Nasdaq OMX Group Corporate Services, Inc. | One Liberty Plaza 165 Broadway  New York, NY 10006 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement (market intelligence) | $0.00 |
| Nasdaq OMX Group Corporate Services, Inc. | One Liberty Plaza 165 Broadway  New York, NY 10006 | Infinity Pharmaceuticals, Inc. | Multimedia Solutions Master Agreement | $0.00 |
| Navin Fluorine International Limited (NFIL) | 2nd Floor, Sunteck Centre 37/40, Subhash Road  Vile Parle (East), Mumbai 400057 India | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| NeoGenomics Laboratories | 12701 Commonwealth Dr., Suite 9   Fort Myers, FL 33913 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $2,320.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Nipa Purohit | 43 Wamsutta Ave   Waltham, MA 02451 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Nora Zizlsperger | 164 Linwood Ave   Newton, MA 02460 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Norma May | 45 Lawton St   Hyde Park, MA 02136 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Norton Hospitals, dba Norton Cancer Institute | Norton Healthcare Research Office 224 E. Broadway St., Suite 700, M-05  Loiusville, KY 40202 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 016 - Norton Cancer Center (Hargis) | $0.00 |
| NuChem Sciences, Inc. | 2350 rue Cohen Suite 201 Saint-Laurent, Quebec, Canada | Infinity Pharmaceuticals, Inc. | Master Service Agreement - FTE specific terms | $0.00 |
| NWN Corporation | 271 Waverly Oaks Rd. Waltham, MA 02452 | Infinity Pharmaceuticals, Inc. | Services Agreement - Firewall/swtiches project | $0.00 |
| Oddzial Chorob Rozrostowych AND Malgorzata Ulanska | Oddzial Chorob Rozrostowych 21st Kopcińskiego Street  Lodz, 90-242 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 602 (3-party agreement) -  Oddzial Chorob Rozrostowych AND Malgorzata Ulanska - Ulanska | $0.00 |
| Oddzial Chorob Rozrostowych AND Malgorzata Ulanska | Małgorzata Ułańska 9 / 88 Bednarska Street  Lodz,  93-009 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 602 (3-party agreement) -  Oddzial Chorob Rozrostowych AND Malgorzata Ulanska - Ulanska | $0.00 |
| One Communications | 220 Bear Hill Road   Waltham, MA 02451 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement (MPLS) - T1 | $0.00 |
| Oracle (Argus) | 500 Oracle Parkway   Redwood Shores, CA 94055 | Infinity Pharmaceuticals, Inc. | Argus safety database renewal 2023-2024 | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Oracle America, Inc. | 500 Oracle Parkway   Redwood Shores, | Infinity Pharmaceuticals, Inc. | Oracle Cloud Services Agreement - Oracle Fusion Enterprise | $23,460.00 |
| Oregon Health & Science University | 2525 SW Frist Avenue Suite 120  Portland, OR 97201 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Orion Development Group | 114-04 Beach Channel Drive Suite 6b  Rockaway Park, NY 11694 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Pacific Cancer Care | Pacific Cancer Care 5 Harris Court Bldg T, Ste 201 Monterey, CA 93940 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 003 - Pacific Cancer Center (Koontz - Stamplemen) | $0.00 |
| Park IP Translations | 134 W. 29th St, 5th Floor  New York, NY 10001 | Infinity Pharmaceuticals, Inc. | General Service Agreement for IP Translations | $0.00 |
| Parkview Hospital dba Parkview Research Center | Parkview Hospital Inc. d/b/a Parkview Research Center 3948-A New Vision Drive  Fort Wayne, IN 46845 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 103 - Parkview - PI Zhang | $0.00 |
| Paul Melone | 26 Robert St  Clinton, MA 01510 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| PellePharm, Inc. | 553A Miner Road  Orinda, CA 94563 | Infinity Pharmaceuticals, Inc. | Pellepharm Inc. - License for development of IPI-926 | $0.00 |
| Peloton Group | One Post Office Square, 5th Floor  Boston, MA 02109 | Infinity Pharmaceuticals, Inc. | Master Consulting Agreement | $1,700.00 |
| Perceptive Informatics, Inc. | 900 Chelmsford Street  Lowell, MA 01851 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |

{1405.002-W0073373.5}

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Pharmaceutics International, Inc (Pii) | 10819 Gilroy Road  Hunt Valley, MD 21031 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| Phlexglobal, Inc. | 400 Chesterfield Parkway Suite 120  Malvern, PA 19355 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $38,347.64 |
| Photon Technology International, Inc. | 1009 Lenox Drive Suite 104 Trenton, NJ 08648 | Infinity Pharmaceuticals, Inc. | Preventative Maintenance Contract | $0.00 |
| Pitney Bowes | Attn:  Customer Service Department 55 Jewelers Park Dr., Suite 300  Neenah, WI 54956 | Infinity Pharmaceuticals, Inc. | Stamp Printer License - 2021-2024 | $0.00 |
| PolyCrystalLine SpA | Via F.S. Fabri 127/1, Medicina , Bologna 40059 Italy | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| PPD Development, LP | 929 North Front Street Wilmington, NC 28401 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement-FTE work | $121,639.70 |
| PPD Development, LP | 929 North Front Street Wilmington, NC 28401 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement - for pharmacovigilance services | $57,195.51 |
| Prof. Dr. Med. Carsten Grullich | Fetchersteabe 74   ,  01307 Germany | Infinity Pharmaceuticals, Inc. | National Coordinator Agreement in connection with CTA | $0.00 |
| Quality Matters Consulting, LLC | PO Box 2110   Wakefield, MA 01880 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Quotient Clinical Limited | Trent House, Mere Way Ruddington,  NG11 6JS United Kingdom | Infinity Pharmaceuticals, Inc. | Master Agreement for Modeling and Simulation Services | $0.00 |

{1405.002-W0073373.5}

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Retrievex (formerly Millenium) - Access | PO Box 782998   Philadelphia, PA 19178-2998 | Infinity Pharmaceuticals, Inc. | Records Storage and Service Agreement | $4,914.57 |
| Ricerca Biosciences LLC | 22011 30th Dr. SE   Bothell, WA 98021 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Robert Ilaria | 1947 Ogle Meadows Road Burnsville, NC 28714 | Infinity Pharmaceuticals, Inc. | Ilaria severance agreement + consulting agreement | $0.00 |
| Robert L. Ilaria, Jr., M.D. | 1947 Ogle Meadows Rd Burnsville, NC 28714 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Rossitza Alargova | 148 Newton St #4   Brighton, MA 02135 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Rush University Medical Center | Office of Research Affairs, 1653 West Congress Parkway, Jelke Building, Suite 601 Chicago, IL 60612 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 006 - Rush (Cobleigh) | $0.00 |
| S.A. Ajinomoto OmniChem M.V. | 1348 Louvain La Neuve   , Belgium | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| SAFC, Inc. | 645 Science Drive   Madison, WI 53711 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Sanford Research | Sanford Cancer Center 2301 E. 60th St. N.   Sioux Falls, SD 57104 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 109 - Sanford Cancer Center - PI Sumey | $0.00 |
| Sarah Cannon Research Institute, LLC and Tennessee Oncology, PLLC | Tennessee Oncology PLLC 2004 Hayes Street Suite 800 Nashville, TN 37203 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 115 - Sarah Cannon/Tennessee Oncology - PI Arrowsmith | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| SAS Institute, Inc. | SAS Campus Drive   Cary, NC 27513 | Infinity Pharmaceuticals, Inc. | LIC - JMP - Statistical Software 2023-2024 | $0.00 |
| Sceptre | 31 Bellows Road   Raynham, MA 02767 | Infinity Pharmaceuticals, Inc. | Remote DBA Services Contract | $0.00 |
| Secura Bio, Inc. | 1995 Village Center Circle Suite 129 Las Vegas, NV 89134 | Infinity Pharmaceuticals, Inc. | Verastem assignment to SecuraBio- updated notice to Amended and restated LIC for the development of duvelisib | $0.00 |
| Sedimentary Technology LLC | 9 Landham Rd   Sudbury, MA 01776 | Infinity Pharmaceuticals, Inc. | Consulting Agreement - IT support | $0.00 |
| Seventh Wave Laboratories | 743 Spirit 40 Park Drive, Suite 209   Chesterfield, MO 63005 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement  (Master Service Agreement) | $0.00 |
| Sharepointalist, Inc. | 8200 Wilshire Boulevard Suite 200  Beverly Hills, CA 90211 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |
| Sharevault (Pandesa Corporation) | 16795 Lark Avenue # 210   Los Gatos, CA 94028 US | Infinity Pharmaceuticals, Inc. | Dataroom for document sharing during BD | $2,875.02 |
| Sharp Memorial Hospital | Sharp Memorial Hospital 7901 Frost Street  San Diego, CA 92123 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 004- Sharp Memorial Hospital (Batra)  (3-party with PI) | $0.00 |
| Silicon Marketing SAS (Pharmarketing) | 8 rue Roublot, Fontenay-sous-Bois  ,  France | Infinity Pharmaceuticals, Inc. | Services Agreement for GDPR consulting servcices | $750.00 |
| Simulations Plus, Inc. | 42505 10th St West   Lancaster, CA 93534 | Infinity Pharmaceuticals, Inc. | Master Service Agreement for Dili Sim | $0.00 |
| Smart Cube, The | 33 N. Dearborn Suite 805 Chicago, IL 60602 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Smithers Avanza Bioanalytical Services LLC | 11 Firstfield Road Gaithersburg, MD 20878 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| SNBL USA, Ltd. | 6605 Merrill Creek Parkway Everett, WA 98203 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $0.00 |
| South Texas Accelerated Research Therapeutics, LLC (START) | South Texas Accelerated Research Therapeutics, LLC (START) 4383 Medical Drive Suite 4021 San Antonio, TX 78229 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 001 - South Texas Accelerated Research Therapeutics, LLC (START) - Tolcher) | $0.00 |
| Stephane Peluso | 38 Algonquin Drive  Natick, MA 01760 | Infinity Pharmaceuticals, Inc. | Peluso severance agreement + consulting agreement | $0.00 |
| Stephane Peluso, Ph.D. | 38 Algonquian Dr  Natick, MA 01760 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Stephen Cooney | 3 Thomas St  Burlington, MA 01803 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | $0.00 |
| Stericycle Bio Systems | 139-141 Ferry Road Ste-13710 Haverhill, MA 01835 | Infinity Pharmaceuticals, Inc. | Services Agreement - Shred-It | $0.00 |
| Storage Sense | 114 Allen Street Clinton, MA 01510 | Infinity Pharmaceuticals, Inc. | | $198.00 |
| Sun Life Assurance Company of Canada | Ten Post Office Square, 14th Floor  Boston, MA 02109 | Infinity Pharmaceuticals, Inc. | Lease Agreement, dated April 3, 2019, between Infinity and Sun Life Assurance Company of Canada | $72,551.25 |
| Syneos Health | 3201 Beechleaf Court Suite 600 Raleigh, NC 27604-1547 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Syner-G Pharma Consulting, LLC | 2 Park Central Drive, Suite 110 Southborough, MA 01772 | Infinity Pharmaceuticals, Inc. | Master Consulting Agreement | $8,000.00 |
| Szpital Rejonowy im. Dr. Jozefa Rostka w Raciborzu | Szpital Rejonowy im. Dr. Jozefa Rostka w Raciborzu Dzienny Oddzial Chemioterapii 3 Gamowska Street Raciborz, 47-400 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 604 - Szpital Rejonowy - Hanslik | $0.00 |
| Tennessee Oncology AND Erika P. Hamilton, MD | Tennessee Oncology 2004 Hayes Street Suite 800 Nashville, TN 37203 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 010 - Tennessee Oncology (Hamilton) (3-party with PI) | $0.00 |
| Tennessee Oncology, PLLC | Tennessee Oncology PLLC 2004 Hayes Street Suite 800 Nashville, TN 37203 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 108 - Tennessee Oncology (Sarah Cannon) - PI McKean | $0.00 |
| The Avoca Group, Inc. | 179 Nassau Street Suite 3A Princeton, NJ 08542 | Infinity Pharmaceuticals, Inc. | Quality Management Consortium Agreement | $0.00 |
| The Johns Hopkins University | 3400 N. Charles Street Baltimore, MD 21218 | Infinity Pharmaceuticals, Inc. | Johns Hopkins University - Exclusive license for the joint invention described as  Methods of Use for Cyclopamine Analogs  developed under the MTA effective March 9, 2005.  William Matsui | $0.00 |
| The NemetzGroup LLC | 26 White Oak Road   Waban, MA 02468 | Infinity Pharmaceuticals, Inc. | Master Service Agreement AND SOW 1 | $0.00 |
| The Regents of the University of California on behalf of its Los Angeles campus, a California constitutional corporation, with an address at the Clinical Trials Contracts & Strategic Relations, 10911 Weyburn Avenue Suite 300, Los Angeles, CA 90095 | Clinical Trials Contracts & Strategic Relations 10911 Weyburn Avenue, Suite 300 Los Angeles, CA 90095 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 015 - UCLA (Drakaki) | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| The Regents of the University of California on behalf of its Los Angeles campus, a California constitutional corporation, with an address at the Clinical Trials Contracts & Strategic Relations, 10911 Weyburn Avenue Suite 300, Los Angeles, CA 90095 | David Geffen School of Medicine at UCLA, Clinical Trials Contracts & Strategic Relations 10911 Weyburn Avenue, Suite 300  Los Angeles, CA 90095 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 007 - UCLA - Chmielowski | $41,820.00 |
| The Regents of the University of California on behalf of its San Diego campus | UC San Diego, Office of Clinical Trials Administration (OCTA) 9500 Gilman Drive #0706  La Jolla, CA 92093-0706 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 008 - UCSD - Cohen | $0.00 |
| The University of Texas M. D. Anderson Cancer Center | The University of Texas M. D. Anderson Cancer Center 7007 Bertner Avenue, 1MC11.3343 Legal Services, Unit 1674 Houston,  TX 77030 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 021 - MD Anderson (Zurita) | $0.00 |
| The University of Texas M. D. Anderson Cancer Center | The University of Texas System, M. D. Anderson Cancer Center 1515 Holcombe Blvd Legal Services, Unit 1674 Houston, TX 77030 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 002 - University of Texas MD Anderson - Hong | $0.00 |
| The WeissComm Group Ltd (dba W2O Group dba Pure Communications) | 1838 Sir Tyler Drive Suite 200 Wilmington, NC 28405 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| TheQ, Inc. | P.O. Box 430  Essex, MA 01929 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | $0.00 |

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Thomas Jefferson University, Jefferson Sidney Kimmel Cancer Center | Jefferson Sidney Kimmel Cancer Center Thomas Jefferson University 925 Chestnut Street Suite 200 Philadelphia, PA 19107 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 101 - Jefferson Kimmel Cancer Center - PI Tester | $0.00 |
| Thomayerova nemocnice | Onkologicka klinika 1. LF UK a TN Videnska 800    Praha 4, 140 59 Czech Republic | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 201 - Thomayerova neocnice - PI  Buchler | $0.00 |
| Tigermed-BDM Inc. | 4017 Terra Alta Drive   San Ramon, CA 94582 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $64,296.00 |
| Translational Research In Oncology-US, Inc. (TRIO) | Translational Research In Oncology-US, Inc. (TRIO) 1033 Gayley Avenue Suite 207 Lost Angeles, CA 90024 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 023-27, 29-30 - TRIO (misc Pis) | $0.00 |
| Transperfect Translations International, Inc. | 420 Boylston Street 6th Floor Boston, MA 02116 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | $17,309.75 |
| Treximo LLC, a ProPharma Group Company (formerly Planet Group) | 800 Hillgrove Ave, Ste 201 Western Springs, IL 60558 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $141,961.00 |
| Universitaetsklinikum Carl Gustav Carus der TU Dresden - Klinik u. Poliklinik f. Urologie | Universitaetsklinikum Carl Gustav Carus der TU Dresden - Klinik u. Poliklinik f. Urologie Fetscherstr. 74   Dresden, Sachsen 01307 Germany | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 402 - Carl Gustav  - PI Gruelich | $0.00 |
| University Hospital A Coruña | Universitary Hospital A Coruña As Xubias, 84  A Coruña, A Coruña 15009 Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 809 - Hospital Universitario a Coruna - PI Molina Diaz | $0.00 |

{1405.002-W0073373.5}

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Universitätsklinikum Tübingen - Klinik f. Urologie | Universitätsklinikum Tübingen - Klinik f. Urologie Hoppe-Seyler-Str. 3 Tübingen, Baden-Württemberg 72076 Germany | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement -  Site 401 - Tubingen  - PI Bedke | $0.00 |
| University of Cancer & Blood Center, LLC | University of Cancer & Blood Center, LLC 3320 Old Jefferson Rd - BLDG 700 Athens, GA 30607 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 012 - U. of Cancer and Blood (Nikolinakos) | $0.00 |
| University of Colorado, Denver | University of Colorado, Anschutz Medical Campus Mail stop F497, Fitzsimons Bldg, WH109 13001 E. 17th Pl Aurora, CO 80045 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 011 - U. of Colorado (Elias) | $0.00 |
| University of Maryland Medical Center | University of Maryland  22 S. Greene Street   Baltimore, MD 21201 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Facility UseAgreement -  Site 116 - U. Maryland - PI  Hussein | $0.00 |
| University of Maryland, Baltimore | University of Maryland, Baltimore, Office of Research and Development 620 West Lexington St. Fourth Floor Baltimore, MD 21201 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 028 - U Maryland (Hussain) | $50,404.25 |
| UT Health East Texas HOPE Cancer Center | UT Health East Texas HOPE Cancer Center  721 Clinic Drive, Suite A  Tyler, TX 75701 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 008 - U. Texas HOPE Cancer Center of East Texas (Lee) | $0.00 |
| Utah Cancer Specialists/IHO Corporation | Utah Cancer Specialists/IHO Corporation 1121 East 3900 South  Suite C-320 Salt Lake City, UT 84124 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 002 - Utah Cancer Specialist (Call) | $0.00 |

{1405.002-W0073373.5}

| COUNTERPARTY | COUNTERPARTY ADDRESS | DEBTOR ENTITY | Contract Description | Est. Cure Amount |
|---|---|---|---|---|
| Verastem, Inc. | 117 Kendrick Street Suite 500 Needham, MA 02494 | Infinity Pharmaceuticals, Inc. | Verastem - Amended and restated LIC for the development of duvelisib | $0.00 |
| Veristat, LLC | 118 Turnpike Road, Suite 200 Southborough, MA 01772 | Infinity Pharmaceuticals, Inc. | Medical writing services | $0.00 |
| WilliamsMarston LLC | 265 Franklin Street 4th Floor Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Engagement Letter | $0.00 |
| Wojewodzki Szpital Specjalistyczny | Oddzial Urologii, Wojewodzki Szpital Specjalistyczny im. Stefana Kardynala Wyszynskiego ul. Krasnicka 100 Lublin, 20-718 Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 601 - Wojewodzki Szpital Specjalistyczny - Niezabitowsk | $0.00 |
| World Courier, Inc. | 1313 Fourth Avenue  New Hyde Park, NY 11040 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | $0.00 |
| Yuhan Corporation | Yuhan Corporation, Noryangjin-ro 74, Dongjak-gu   Seoul, 06927 Republic of Korea | Infinity Pharmaceuticals, Inc. | Master Clinical Development and Supply Agreement | $0.00 |
| Zoom | 55 Almaden Blvd  San Jose, CA 95113 | Infinity Pharmaceuticals, Inc. | Zoom monthly subscription for ONEseat | $0.00 |