# Schedule 1

**Rejected Contracts[1]**

---

[1] The Rejected Contracts identified and described herein are inclusive of all amendments, modifications, supplements, extensions, renewals, assignments, easements, restatements, and exhibits thereto.

**Exhibit 1**
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | 4G Clinical LLC<br>21A Farm St.<br>Dover, MA 02030 | Infinity Pharmaceuticals, Inc. | Master Service Agreement - IRT Vendor | 2/2/2024 |
| 2 | Adelene Q. Perkins<br>83 Lincoln Rd<br>Wayland, MA 01778 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | 2/2/2024 |
| 3 | Aerotek Scientific, LLC<br>100 Unicorn Office Park Suite 100<br>Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Services Agreement | 2/2/2024 |
| 4 | Agility Recovery Solutions, Inc.<br>2101 Rexford Road<br>Suite 350 E<br>Charlotte, NC 28211 | Infinity Pharmaceuticals, Inc. | Membership Services Agreement | 2/2/2024 |
| 5 | Alira Health Clinical, LLC<br>1 Grant Street, Suite 400<br>Framington, MA 01702 | Infinity Pharmaceuticals, Inc. | Master Service Agreement for Various Clinical Services | 2/2/2024 |
| 6 | Allucent (fka Pharm-Olam, LLC (POI))<br>450 N. Sam Houston Pkwy<br>Suite 250<br>Houston, TX 77060 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 7 | AlphaSense Inc<br>24 Union Square East, 6th Floor<br>New York, NY 10003 | Infinity Pharmaceuticals, Inc. | AlphaSense / Market Research - Wall Street Insights License / ALP-13920 / 2022 - 2023 | 2/2/2024 |
| 8 | AndersonBrecon Inc. (PCI Pharma Services)<br>4545 Assembly Drive<br>Rockford, IL 61109 | Infinity Pharmaceuticals, Inc. | Master Global Clinical Supply Services Agreement | 2/2/2024 |
| 9 | Antineo<br>Faculté de Médecine Rockefeller 8<br>av Rockefeller<br>69008, France | Infinity Pharmaceuticals, Inc. | Master Service Agreement - lab | 2/2/2024 |
| 10 | Aquilo Partners, L.P.<br>Attn: John Dyer<br>601 California, Suite 500<br>San Francisco, CA 94108 | Infinity Pharmaceuticals, Inc. | Letter Agreement - transactional financial advisor | 2/2/2024 |
| 11 | Arcus Biosciences, Inc.<br>3928 Point Eden Way<br>Hayward, CA 94545 | Infinity Pharmaceuticals, Inc. | Amended and Restated Clinical Trial Collaboration Agreement | 2/2/2024 |

Exhibit 1
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 12 | Arizona Clinical Research Center<br>Attn: Patricia M. Plezia, Pharm. D.<br>Arizona Clinical Research Center<br>1825 N Kolb Rd<br>Tucson, AZ 85715 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 013 - Arizona Clinical Research Center (Modiano) | 2/2/2024 |
| 13 | Arizona Oncology Associate PC HOPE<br>Attn: Research Manager<br>1845 W Orange Grove Bldg 2<br>Tucson, AZ 85704 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 001- Arizona Oncology (Swart) | 2/2/2024 |
| 14 | Ash Stevens Inc.<br>5861 John C. Lodge Freeway<br>Detroit, MI 48202-3398 | Infinity Pharmaceuticals, Inc. | Master Supply Agreement | 2/2/2024 |
| 15 | Assentia, Inc.<br>8341 Bandford Way, Suite 7<br>Raleigh, NC 27615 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 16 | Asymchem, Inc.<br>600 Airport Boulevard<br>Morrisville, NC 27560 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | 2/2/2024 |
| 17 | Atreo, Inc.<br>230 California St.<br>Suite 302<br>San Francisco, CA 94111 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 18 | Augusta University Research Institute, Inc.<br>Diego Vazquez, Executive Director, Augusta University Research Institute, Inc. CJ- 3301,<br>1120 15th Street,<br>August, GA 30912-4810 | Infinity Pharmaceuticals, Inc. | Non-Clinical Master Research Agreement, April 16, 2019 | 2/2/2024 |
| 19 | Azienda Ospedaliera Universitaria Integrata di Verona<br>1 Piazzale Aristide Stefani<br>Verona, 37136, Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 506 - Verona - PI Zivi | 2/2/2024 |
| 20 | Barbara Ann Karmanos Cancer Institute<br>Attn: Director, Pre-Award Contracting<br>4100 John R., MM00RA<br>Detroit, MI 48201 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 102 - Karmanos Cancer Center - PI Heath | 2/2/2024 |
| 21 | BioBridges, LLC<br>167 Worchester St.<br>Wellesley, MA 02481 | Infinity Pharmaceuticals, Inc. | Master Consulting Services Agreement - FTE/Temp Services | 2/2/2024 |
| 22 | BioProcess Technology Consultants, Inc.<br>12 Gill Street, Suite 5450<br>Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement - For Audit Services | 2/2/2024 |

**Exhibit 1**
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 23 | Board of Regents of University System of Georgia on behalf of Augusta University<br>Augusta University, Office of Innovation Commercialization,<br>1120 15th Street CA-2105,<br>Augusta, GA 30912 | Infinity Pharmaceuticals, Inc. | Material Transfer Agreement | 2/2/2024 |
| 24 | Bon Secours St Francis Cancer Center<br>Attn: Matt Caldwell, Market President<br>St. Francis Hospital, Inc.<br>104 Innovation Dr.<br>Greenville, SC 29607 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 107 - St. Francis - PI Dyer | 2/2/2024 |
| 25 | BostonBean Coffee Company<br>23 Draper St<br>Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Master Service Agreement Amend 1 | 2/2/2024 |
| 26 | Bristol-Myers Squibb Company<br>Route 206 and Province Line Road<br>Princeton, NJ 08543-4000<br>Attention: VP, Business Development<br><br>With a copy to: Bristol-Myers Squibb Company<br>Route 206 and Province Line Road<br>Princeton, NJ 08543-4000<br>Attention: VP & Assistant General Counsel, Licensing and Business Development | Infinity Pharmaceuticals, Inc. | Clinical Trial Supply Agreement, November 2, 2018 | 2/2/2024 |
| 27 | Bristol-Myers Squibb<br>345 Park Avenue<br>New York, NY 10154 | Infinity Pharmaceuticals, Inc. | Clinical Trial Supply Agreement, September 15, 2017 | 2/2/2024 |
| 28 | Bristol-Myers Squibb<br>345 Park Avenue<br>New York, NY 10154 | Infinity Pharmaceuticals, Inc. | Clinical Trial Supply Agreement, October 20, 2016 | 2/2/2024 |
| 29 | Bristol-Myers Squibb<br>345 Park Avenue<br>New York, NY 10154 | Infinity Pharmaceuticals, Inc. | Research Agreement, October 26, 2015 | 2/2/2024 |
| 30 | Cancer Center of Kansas<br>Attn: Shaker Dakhil, President<br>Cancer Center of Kansas, P.A.<br>818 North Emporia, Suite 300<br>Wichita, KS 67214 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 020 - Cancer Center of Kansas, P.A. (Dakhil) | 2/2/2024 |
| 31 | CatSci Ltd<br>CBTC2<br>Capital Business Park<br>Wentloog, Cardiff CF3 2PX, United Kingdom | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |

**Exhibit 1**
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 32 | CellCarta Carlsbad (Serametrix Corporation)<br>2235 Faraday Ave<br>Suite N<br>Carlsbad, CA 92008 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 33 | CellCarta Freemont LLC (formerly Caprion - Primity Bio, Inc.)<br>3350 Scott Blvd<br>Suite 6101<br>Santa Clara, CA 95954 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | 2/2/2024 |
| 34 | Celsis Laboratory Group, Inc.<br>6200 South Lindbergh Blvd<br>St. Louis, MO 63123 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | 2/2/2024 |
| 35 | Centre Antoine Lacassagne - Service Pharmacie Essais Clinique<br>Batiment IUFC - 6ème étage, 33 Avenue de Valombrose<br>Nice Cedex 2, 06189, France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 302 - Centre Antoine Lacassagne - PI Borchiellini | 2/2/2024 |
| 36 | Centre Leon Berard - Onco-Urologie<br>28 Rue Laennec<br>Lyon Cedex 8, 69008, France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 303 - Centre Leon Berard - Onco-Urologie - PI Flechon | 2/2/2024 |
| 37 | Centre Oscar Lambret<br>3 rue Frédéric Combemale<br>Lille, 59000, France | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 304 - Centre Oscar Lambret - PI Muroto | 2/2/2024 |
| 38 | Cetir Centre Medic<br>Londres 6<br>CP 8029, Spain | Infinity Pharmaceuticals, Inc. | Service Agreement | 2/2/2024 |
| 39 | Charles River Laboratories, Inc. (CRL)<br>251 Ballardvale Street<br>Wilmington, MA 01887 | Infinity Pharmaceuticals, Inc. | Master Services Agreement | 2/2/2024 |
| 40 | Charles River Laboratories, Inc. (CRL)<br>251 Ballardvale Street<br>Wilmington, MA 01887 | Infinity Pharmaceuticals, Inc. | Transfer Letter: IPI-145 studies to Verastem | 2/2/2024 |
| 41 | Charley Hubbard<br>110 Putnam St<br>Boston, MA 02128 | Infinity Pharmaceuticals, Inc. | Consulting Agreement | 2/2/2024 |
| 42 | Charlotte-Mecklenburg Hospital dba Atrium Health<br>Attn: Tucker Griffith<br>Charlotte-Mecklenburg Hospital dba Atrium Health, Sponsored Programs Administration<br>2709 Water Ridge Parkway, Suite 300<br>Charlotte, NC 28217 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 014 - Carolinas HealthCare System (Tan) | 2/2/2024 |

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 43 | Cintas Corporation<br>6800 Cintas Blvd.<br>PO Box 625737<br>Cincinnati, OH 45263 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 44 | Citron Hygeine Services<br>13 Linnell Circle<br>Billerica, MA 01821 | Infinity Pharmaceuticals, Inc. | License/Master Service Agreement | 2/2/2024 |
| 45 | Clarivate - DR Decision Resources<br>c/o Clarivate Analytics (US) LLC<br>3133 W Frye Rd, Suite 400<br>Chandler, AZ 85226 | Infinity Pharmaceuticals, Inc. | Research Subscription | 2/2/2024 |
| 46 | Clean Harbors Environmental Services, Inc.<br>42 Longwater Drive<br>Norwell, MA 02061-9149 | Infinity Pharmaceuticals, Inc. | Waste disposal and transporation agreement | 2/2/2024 |
| 47 | ClearView Healthcare Partners<br>One Newton Place<br>Suite 405<br>Newton, MA 02458 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 48 | Clinical Center of Nis<br>Attn: Legal Department<br>Clinical Centre Nis<br>Bulevar dr Zorana Djindjica 48<br>Nis, 18 000, Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 704 - Clinical Centre of NIs - Pejcic | 2/2/2024 |
| 49 | Clinical Centre of Serbia<br>Attn: Legal Department<br>Pasterova 2<br>Belgrade, 11 000, Serbia | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 703 - Clinical Centre of Serbia - Janicic | 2/2/2024 |
| 50 | Clintrax Global, Inc.<br>8406 Six Forks Rd<br>Suite 201<br>Raleigh, NC 27615 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 51 | Coborn Cancer Center<br>Attn: Stacy St. Onge<br>1900 Centracare Cir Ste 1600<br>Saint Cloud, MN 56303 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 104 - Coborn - PI  Jurgens | 2/2/2024 |
| 52 | Cold Spring Harbor Laboratory<br>1 Bungtown Road<br>Colde Spring Harbor, NY 11724 | Infinity Pharmaceuticals, Inc. | Material Transfer Agreement, July 12, 2016 | 2/2/2024 |
| 53 | Compliancehelp Consulting, LLC<br>877 Baxter Way<br>South Jordan, UT 84095 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 54 | Complya Consulting Group, LLC (fka PharmaLex US Corporation)<br>1 Presidential Way<br>Suite 109<br>Woburn, MA 01801 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 55 | Concur Technologies, Inc.<br>601 108th Ave, NE<br>Suite 1000<br>Bellevue, WA 98004 | Infinity Pharmaceuticals, Inc. | Business Services Agreement | 2/2/2024 |
| 56 | Constellation Pharmaceuticals<br>215 First Street, Suite 200<br>Cambridge, MA 02142 | Infinity Pharmaceuticals, Inc. | Material Transfer Agreement | 2/2/2024 |
| 57 | CTC Communications Corp<br>220 Bear Hill Road<br>Waltham, MA 02451 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 58 | Dana-Farber/Mass General Brigham Cancer Care, Inc.<br>Attn: Barbara O'Neil Smith, JD<br>Dana-Farber Partner's Cancer Care, Inc., Dana Farber Cancer Institute<br>450 Brokline Avenue, 10BP<br>Boston, MA 2115 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 005 - MGH - Dana Farber_Partners (Juric) | 2/2/2024 |
| 59 | Dana-Farber/Partners Cancer Care, Inc.<br>Attn; Stephanie M. Pearl<br>Dana-Farber Cancer Institute<br>450 Brokline Avenue, 10BP342<br>Boston, MA 02215 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 003 - 005 - Dana Farber/Partners Cancer Care, Inc. - MGH-DFCI-BIDMC (Sullivan-Shapiro-Mier) | 2/2/2024 |
| 60 | Donohoe<br>9801 Washington Blvd, Suite 340<br>Gaithersburg, MD 20878 | Infinity Pharmaceuticals, Inc. | Engagement Letter | 2/2/2024 |
| 61 | Dr. Piotr Tomczak<br>Ul. Poznanska 14/2 ul. Boleslawa Prusa<br>Poznan, 60-819, Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 605 - EXAMEN - Tomczak (3-party agreement) | 2/2/2024 |
| 62 | DSM Chemical Technology R&D B.V.<br>Urmoderbaan 22<br>6160 MD, Netherlands | Infinity Pharmaceuticals, Inc. | Lab Services Agreement | 2/2/2024 |
| 63 | Edward Arrowsmith<br>605 Glenwood Drive, Suite 200,<br>Chattanooga, TN 37404 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 115 - Sarah Cannon/Tennessee Oncology - PI Arrowsmith | 2/2/2024 |
| 64 | Emory University<br>Attn: Director, Industry Contracts<br>Emory University, Officer of Technology Transfer<br>1599 Clifton Road NE, 4th Floor, Mailstop: 1599-001-1AZ<br>Atlanta, GA 30322 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 010 - Emory - PI Gutierrez (3-party) (notice copy) | 2/2/2024 |

Exhibit 1
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 65 | Epernicus, LLC<br>35 Highland Circle, Suite 300<br>Needham, MA 03494 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement (Master Service Agreement) | 2/2/2024 |
| 66 | EPL Pathology Archives, Inc.<br>45610 Terminal Drive<br>Sterling, VA 20166 | Infinity Pharmaceuticals, Inc. | Archiving Agreement | 2/2/2024 |
| 67 | Epstein Becker Green (EBG)<br>125 High St<br>Suite 2114<br>Boston, MA 02110 | Infinity Pharmaceuticals, Inc. | Engagement Letter - GDPR counsel | 2/2/2024 |
| 68 | Erika Hamilton<br>250 25th Avenue North, Suite 100,<br>Nashville, Tennessee 37203 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - Site 110 - Sarah Cannon/Tennessee Oncology - PI Hamilton | 2/2/2024 |
| 69 | Examen Spolka z Ograniczona Odpowiedzialnoscia EXAMEN sp. z o. o.<br>Ul. Poznanska 14/2 ul. Boleslawa Prusa<br>Poznan, 60-819, Poland | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 605 - Examen Spolka z Ograniczona Odpowiedzialnoscia    - Tomczak (3-party) | 2/2/2024 |
| 70 | F. Hoffmann-La Roche Ltd. (Switzerland)<br>Konzern-Hauptsitz<br>Grenzacherstrasse 124<br>Basel, Switzerland | Infinity Pharmaceuticals, Inc. | Master Clinical Supply Agreement | 2/2/2024 |
| 71 | Faber Daeufer & Itrato PC<br>890 Winter St.<br>Suite 315<br>Waltham, MA 02451 | Infinity Pharmaceuticals, Inc. | Engagement Letter - contract negotiation services | 2/2/2024 |
| 72 | Fairway Consulting Group (FCGG dba Fairway Consulting Group)<br>2 Simonson Court<br>Glen Head, NY 11545 | Infinity Pharmaceuticals, Inc. | Master Retained Search Agreement | 2/2/2024 |
| 73 | FIS -  Fabbrica Italiana Sintetici S.p.A.<br>Viale Milano 26<br>36075, Italy | Infinity Pharmaceuticals, Inc. | Master Development and Clinical Supplies Services Agreement | 2/2/2024 |
| 74 | Focus Search Group, LLC, d/b/a ClinCrowd Staffing<br>480 Pleasant Street<br>Suite C310<br>Watertown | Infinity Pharmaceuticals, Inc. | Temp Staffing Agreement | 2/2/2024 |
| 75 | Fondazione IRCCS - Istituto Nazionale dei Tumori - Milano<br>S.C. Oncologia Medica 2, Via Giacomo Venezian 1<br>Milano, 20133, Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 505 - IRCCS Milano - PI Necchi | 2/2/2024 |

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 76 | Fondazione Policlinico Universitario Agostino Gemelli IRCCS<br>Complex Operative Unit of Oncologia Medica, Largo Agostino Gemelli, 8<br>Rome, 00168, Italy | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 504 - Agostino Gemelli - PI Necchi/Tortora | 2/2/2024 |
| 77 | Formatech, Inc.<br>200 Bulfinch Drive<br>Andover, MA 01810 | Infinity Pharmaceuticals, Inc. | Clinical Materials Contract Aseptic Fill Manufacturing Agreement. | 2/2/2024 |
| 78 | Ganier Communications, LLC<br>1120 Avenue of the Americas, Suite 1805<br>New York, NY 10036 | Infinity Pharmaceuticals, Inc. | Engagement Letter - 2023 special meeting/proxy PR services | 2/2/2024 |
| 79 | Genentech<br>1 DNA Way, South<br>San Francisco, California 94080 | Infinity Pharmaceuticals, Inc. | Material Transfer Agreement, April 7, 2015 | 2/2/2024 |
| 80 | GENEWIZ, Inc.<br>115 Corporate Blvd.<br>South Plainfield, NJ 07080 | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | 2/2/2024 |
| 81 | Greenfield Pathology Services, Inc.<br>400 W. Green Meadows Drive<br>Suite 104<br>Greenfield, IN 46140 | Infinity Pharmaceuticals, Inc. | Master Services Agreement<br>Lab - in vivo, non-human | 2/2/2024 |
| 82 | Greenphire, Inc.<br>Attn: Chief Commercial Officer<br>1018 W. 9th Avenue, Suite 200<br>King of Prussia, PA 19406 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 83 | Gustave Roussy<br>39 rue Camille Desmoulins, 94805<br>VILLEJUIF Cedex, France | Infinity Pharmaceuticals, Inc. | Material Transfer and Research Agreement, September 21, 2017 | 2/2/2024 |
| 84 | H. Lee Moffitt Cancer Center and Research Institute<br>Attn: Brian Springer, VP Research<br>Moffitt Cancer Center<br>12902 Magnolia Drive<br>Tampa, FL 33612 | Infinity Pharmaceuticals, Inc. | IPI-549-03 Clinical Trial Agreement - 009 - H. Lee Moffitt Cancer Center (Soliman) | 2/2/2024 |
| 85 | Hackensack University Medical Center AND Regional Cancer Care Associates, LLC<br>Attn: Research Contracts Officer<br>Hackensack University Medical Center<br>30 Prospect Avenue, Research Buildling RC 210<br>Hackensack, NJ 07601 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 009 - Hackensack - PI Gutierrez (3-party) | 2/2/2024 |

**Exhibit 1**
Rejected Contracts

| | Contract Counterparty & Address | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 86 | Hackensack University Medical Center<br>Attn: Director, Clinical Cancer Research<br>John Theurer Cancer Center<br>92 Second Street<br>Hackensack, NJ 07601 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 113 - Hackensack - PI Alter | 2/2/2024 |
| 87 | Halloran Consulting Group, Inc.<br>135 Beaver Street<br>Suite 211<br>Waltham, | Infinity Pharmaceuticals, Inc. | Master Contract Services Agreement | 2/2/2024 |
| 88 | HC Research LLC (dba Harbor Clinical)<br>94 Otis Street<br>Hingham, MA 02043 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |
| 89 | HCR Collateral Managements, LLC<br>Attn: Chief Legal Officer<br>300 Atlantic Street<br>6th Floor<br>Stamford, CT 06901 | Infinity Pharmaceuticals, Inc. | Protective Rights Agreement, dated as of March 11, 2019, between Infinity and HCR Collateral Managements, LLC. | 2/2/2024 |
| 90 | HealthCare Royalty Partners III, L.P.<br>Attn: Chief Legal Officer<br>300 Atlantic Street<br>6th Floor<br>Stamford, CT 06901 | Infinity Pharmaceuticals, Inc. | Purchase and Sale Agreement, dated as of March 5, 2019, between Infinity and HealthCare Royalty Partners III, L.P. | 2/2/2024 |
| 91 | Hem-Onc Associates of the Treasure Coast, P.A.<br>Attn: Steve Ferris, Practice Administrator<br>1871 SE Tiffany Ave., Suite 100<br>Port St. Lucie, FL 34952 | Infinity Pharmaceuticals, Inc. | IPI-549-01 Clinical Trial Agreement - 012 - Hem-Onc Associates of the Treasure Coast, PA - PI Jones | 2/2/2024 |
| 92 | Hospital de Sant Creu i Sant Pau<br>Sant Quintí, 89<br>Barcelona, Barcelona 8005, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 807 - Hospital de Sant Creu i Sant Pau - PI Maroto | 2/2/2024 |
| 93 | Hospital Ramón y Cajal<br>Ctra. Colmenar Viejo, km 9.1<br>Madrid, 28034, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 804 - Hospital Ramon y Cajal - PI Gajate | 2/2/2024 |
| 94 | Hospital Universitari Germans Trias i Pujol<br>ICO Badalona, Carretera de Canyet s/n<br>Badalona, Barcelona 08916, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 811 - Hospital Universitari Germans Trias i Pujol - PI Etxaniz Ulazia | 2/2/2024 |
| 95 | Hospital Universitario Central de Asturias<br>Av. Roma, s/n<br>Oviedo, Asturias 33011 | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 808 - Hospital Universitario Central de Asturias - PI Hernandez | 2/2/2024 |

**Exhibit 1**
Rejected Contracts

|  | **Contract Counterparty & Address** | **Debtor Party** | **Description of Contract** | **Rejection Date** |
|---|---|---|---|---|
| 96 | Hospital Universitario HM Sanchinarro<br>C/ Oña, 10<br>Madrid, 28050, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 803 -Hospital Universitario HM Sanchinarro - PI Sevillano Fernandez | 2/2/2024 |
| 97 | Hospital Universitario Marqués de Valdecilla<br>Av. Marqués de Valdecilla, s/n<br>Santander, Cantabria 39008, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 810 - Hospital Marquez de Valdecilla - PI Duran | 2/2/2024 |
| 98 | Hospital Universitario Virgen del Rocío<br>Avenida de Manuel Siurot s/n<br>Sevilla, 41013, Spain | Infinity Pharmaceuticals, Inc. | IPI-549-02 Clinical Trial Agreement - Site 802 - Virgen del Rocio - PI Valderrama | 2/2/2024 |
| 99 | Hyman, Phelps & McNamara<br>700 Thirteenth St. NW<br>Washington, DC | Infinity Pharmaceuticals, Inc. | Engagement Letter - FDA & Regulatory | 2/2/2024 |
| 100 | i28 Technologies Corporation<br>200 Middlesex Essex Turnpike<br>Ste. 210<br>Iselin, NJ 08830 | Infinity Pharmaceuticals, Inc. | Master Service Agreement | 2/2/2024 |